AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| AMBER JOHNSON <br><br> *Plaintiff(s)* <br> v. <br> AIR CANADA <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 18-cv-2826 KAW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   AIR CANADA
521 S Boston
Tulsa OK 94103


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Dean Royer
Law Office of Dean Royer
222 Columbus Ave Ste 219
San Francisco CA 94133


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT
*Susan Y. Soong*

Date:  May 14, 2018                          *Signature of Clerk or Deputy Clerk*