ROBERT S. BLUMBERG, Bar No. 161649
rblumberg@littler.com
LITTLER MENDELSON, P.C.
633 West Fifth Street
63rd Floor
Los Angeles, California 90071
Telephone: 213.443.4300
Fax No.: 213.443.4299

ALICE H. WANG, Bar No. 289631
awang@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, California 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
AIR CANADA

DEAN ROYER, SBN 233292
LAW OFFICE OF DEAN ROYER
222 Columbus Avenue, Suite 219
San Francisco, California 94133
Telephone: (415) 795-1475
Facsimile: (415) 795-1087
Email: dean@deanroyerlaw.com

Attorneys for Plaintiff
AMBER JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMBER JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>AIR CANADA,<br><br>    Defendant. | Case No. 3:18-cv-02826-JCS<br><br>**JOINT STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE PURSUANT TO RULE 41(A)(1)(ii)**<br><br>Complaint Filed: May 14, 2018 |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

JOINT STIPULATION TO DISMISS
COMPLAINT WITH PREJUDICE

1.

CASE NO. 3:18-CV-02826-JCS

IT IS HEREBY STIPULATED by and between Plaintiff Amber Johnson, acting through her attorneys of record The Law Office of Dean Royer, and Defendant Air Canada, on behalf of itself and all related and affiliated entities, acting by and through their attorneys of record Littler Mendelson, P.C., that the Complaint, and all claims for relief contained therein, shall be dismissed in its entirety, with prejudice, in accordance with the terms of a confidential settlement agreement, pursuant to FRCP 41(a)(1)(ii).

IT IS FURTHER STIPULATED and agreed that each party to this litigation shall bear her/its own costs and attorneys' fees incurred.

Dated: November 7, 2018

*/s/ Robert S. Blumberg*
ROBERT S. BLUMBERG
ALICE H. WANG
LITTLER MENDELSON, P.C.
Attorneys for Defendant
AIR CANADA

Dated: November 7, 2018

*/s/ Dean Royer*
DEAN ROYER
LAW OFFICE OF DEAN ROYER
Attorneys for Plaintiff
AMBER JOHNSON

### Attestation Regarding Signatures

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated: November 7, 2018

*/s/ Robert S. Blumberg*
ROBERT S. BLUMBERG
LITTLER MENDELSON, P.C.
Attorneys for Defendant
AIR CANADA

FIRMWIDE:159939419.1 049225.1028

Dated: November 21, 2018

GRANTED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

JOINT STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE

2.

CASE NO. 3:18-CV-02826-JCS